# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,  Criminal No. 02-180(1) (DWF/RLE)

      Plaintiff,

v.  **ORDER**

Valentina Marie Manzi,

      Defendant.

_____

Clifford B. Wardlaw, Assistant United States Attorney, counsel for Plaintiff.

Joseph F. Lyons-Oeoni, Esq., Trenti Law Office, counsel for Defendant.

_____

     Upon the Report and Recommendation of United States Probation Officer Lisa L. Martinetto, St. Paul, Minnesota:

**IT IS HEREBY ORDERED** that the following special condition is suspended:

The defendant shall reside for a period of 240 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

Dated: October 25, 2005      s/Donovan W. Frank
                                      DONOVAN W. FRANK
                                      Judge of United States District Court